# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

THE-NIMROD STERLING,                                                  PLAINTIFF
REG. #14788-424

v.                  No. 5:16CV00120-JLH-JTK

TRACY TAYLOR, et al.                                            DEFENDANTS

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. After a review of those proposed findings and recommendations, and the timely objections received thereto, as well as a *de novo* review of the record, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that:

1. Defendants' Motion for Summary Judgment (Doc. No. 60) is GRANTED.

2. Plaintiff's Motion to Amend (Doc. No. 70) is DENIED.

3. Plaintiff's complaint against Defendants is DISMISSED with prejudice.

An appropriate Judgment shall accompany this Order.

IT IS SO ORDERED this 25th day of April, 2017.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE